# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | HEATHER RONA SAMEE & ERIK LYBERG HUNTER |
| **Case Number:** | 2:09-bk-13376-RJH      **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, JANUARY 25, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MERS

**R / M #:**   27 / 0

**VACATED:**  Settlement

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Settlement