TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17214

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 15, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Heather Rona Samee and Erik Lyberg Hunter<br>         Debtors.<br>_____<br>Wells Fargo Bank, NA as Trustee<br>         Movant,<br>    vs.<br>Heather Rona Samee and Erik Lyberg Hunter<br>Debtors; Russell A. Brown, Trustee.<br>         Respondents. | No. 2:09-bk-13376-RJH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #27)<br><br>Hearing Date: April 13, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective June 12, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 30, 2007, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, NA as Trustee is the current beneficiary and Heather Rona Samee and Erik Lyberg Hunter have an interest in, further described as:

LOT 62, DESERT PEAK UNIT 3, ACCORDING TO BOOK 849 OF MAPS, PAGE 12, AND CERTIFICATE OF CORRECTION RECORDED AT DOCUMENT NO. 07-255419, DOCUMENT NO. 07-255420 AND DOCUMENT NO. 07-255421, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

---

UNITED STATES BANKRUPTCY JUDGE